WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-16-00802-PHX-DJH |
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF DETENTION** |
| Daniel Paul Miles, Jr., | ) | |
| Defendant. | ) | |

Defendant appeared before this Court on a Petition for Revocation of Supervised Release. The issue of detention was submitted to the Court. The Court considered the Petition and file in determining whether defendant should be released on conditions set by the Court.

The Court finds that defendant has failed to carry his burden of establishing by clear and convincing evidence that he does not pose a serious flight risk or danger to any other person or to the community pursuant to Rule 32.1(a)(6), Federal Rules of Criminal Procedure.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

DATED this 23rd day of July, 2019.

Jacki L. Ireland for Michelle H. Burns,
United States Magistrate Judge